KELLY A. JOHNSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
KEVIN W. McARDLE, Trial Attorney (SBN 454569 (DC))
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0219
Facsimile: (202) 305-0275

McGREGOR W. SCOTT
United States Attorney
E. ROBERT WRIGHT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Tele: (916) 554-2704

Attorneys for Defendants

FILED
2005 MAY 16 A 8: 34
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY ________
DEPUTY

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA; BUILDING INDUSTRY LEGAL DEFENSE FOUNDATION; CALIFORNIA BUILDING INDUSTRY ASSOCIATION; CALIFORNIA STATE GRANGE; and GREENHORN GRANGE,

Plaintiffs,

v.

UNITED STATES FISH AND WILDLIFE SERVICE; MATTHEW J. HOGAN, Acting Director of the United States Fish and Wildlife Service; UNITED STATES DEPARTMENT OF INTERIOR; and GALE A. NORTON, Secretary of the United States Department of Interior,

Defendants.

Case No: 1:05-cv-00422-AWI-DLB

**STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUANCE OF HEARING DATE ON DEFENDANTS' MOTION FOR INTRA-DISTRICT TRANSFER OF VENUE**

The hearing date for Defendants' Motion for Intra-District Transfer of Venue, filed May 4, 2005, is presently set for June 13, 2005 at 1:30 p.m. However, counsel for Plaintiffs and

Stip. and [Proposed] Order for Continuance of Hearing Date on Defendants' Mot. for Intra-District Transfer of Venue 1:05-cv-00422-AWI-DLB

Defendants are required to participate in a status conference in another case in this District, Home Builders Association of Northern California, et al. v. U.S. Fish and Wildlife Service, et al., No. 2:05-cv-00629-LKK-GGH (E.D. Cal.), that is also scheduled for June 13, 2005, at 1:30 p.m. Therefore, the parties hereby stipulate that the hearing date for Defendants' Motion for Intra-District Transfer of Venue should be continued and reset for June 20, 2005, at 1:30 p.m.

Respectfully submitted this 11th Day of May, 2005.

/s/ M. Reed Hopper
M. REED HOPPER
Pacific Legal Foundation
3900 Lennane Drive
Suite 200
Sacramento, CA 95834
Tele: (916) 419-7111
Fax: (916) 419-7747

Attorney for Plaintiffs

McGREGOR W. SCOTT
United States Attorney
EDMUND F. BRENNAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Tele: (916) 554-2766

KELLY A. JOHNSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief

/s/ Kevin W. McArdle
KEVIN W. McARDLE, Trial Attorney
SBN 454569 (DC)
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0219
Facsimile: (202) 305-0275

Attorneys for Defendants

**IT IS SO ORDERED,**

this 13th date of May, 2005

HONORABLE ANTHONY W. ISHII
Judge
United States District Court

Stip. and [Proposed] Order for Continuance of Hearing Date on Defendants' Mot. for Intra-District Transfer of Venue

1:05-cv-00422-AWI-DLB

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2005, I electronically filed a copy of the foregoing STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF HEARING DATE ON DEFENDANTS' MOTION FOR INTRA-DISTRICT TRANSFER OF VENUE with the Clerk of the Court using the CM/ECF system which, pursuant to L.R. 5-135(a), will automatically notify M. Reed Hopper, attorney of record for the plaintiffs, of the filing via e-mail at mrh@pacificlegal.org.

/s/ Kevin W. McArdle
KEVIN W. McARDLE
Attorney for Defendants
U.S. Department of Justice
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369

Stip. and [Proposed] Order for Continuance of Hearing Date on Defendants' Mot. for Intra-District Transfer of Venue
1:05-cv-00422-AWI-DLB
3