1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  HOME BUILDERS ASSOCIATION OF
    NORTHERN CALIFORNIA; BUILDING
12  INDUSTRY LEGAL DEFENSE
    FOUNDATION; CALIFORNIA BUILDING
13  INDUSTRY ASSOCIATION; CALIFORNIA
    STATE GRANGE; GREENHORN GRANGE,
14                                          NO. CIV. S-05-1363 LKK/JFM

15          Plaintiff,

16      v.                                  O R D E R

17  UNITED STATES FISH AND WILDLIFE
    SERVICE; MATTHEW J. HOGAN, Acting
18  Director of the United States Fish
    and Wildlife Service, in his
19  official capacity; UNITED STATES
    DEPARTMENT OF INTERIOR; and GALE A.
20  NORTON, Secretary of the United
    States Department of Interior, in
21  her official capacity,

22          Defendants.
    _____/
23  CALIFORNIA NATIVE PLANT SOCIETY;
    CENTER FOR BIOLOGICAL DIVERSITY; and
24  NATURAL RESOURCES DEFENSE COUNCIL,

25          Defendants-Intervenors.
    _____/
26

                            1

1    A hearing on this case is scheduled for August 29, 2005 at

2  10:00 a.m., on the Law and Motion Calendar of this court pursuant

3  to the Center for Biological Diversity's and National Resources

4  Defense Council's (collectively "conservation groups") motion to

5  intervene.

6    Plaintiffs and defendants have both submitted statements of

7  non-opposition to the motion.  Further, the court has reviewed the

8  motion and finds that proposed intervenors must be permitted to

9  intervene as of right.[1]

10    Accordingly, the court hereby ORDERS that:

11    1.  The conservation groups' motion to intervene is GRANTED;

12  and

13  ////

14  ////

15  ////

16  ////

17  ////

18  _____

19    [1] The instant suit seeks to vacate twenty-seven critical habit
   designation.  The complaint seeks, _inter alia_, a declaration that
20  each designation was promulgated in violation of the Endangered
   Species Act.  Proposed intervenors explain that they are
21  responsible for filing administrative petitions or lawsuits which
   resulted in most of the listing of the species in this case, and
22  that they are responsible for the designation of critical habitat
   for all of the twenty-seven species.  Mot. at 3.  As the
23  conservation groups explain, they have a right to intervene in this
   case as plaintiffs challenge the critical habitat designations that
24  the conservation groups fought to establish through litigation.
   Mot. at 10.  See _Idaho Farm Bureau Fed'n v. Babbit_, 58 F.3d 1392,
25  1397 (9th Cir. 1995)("[a] public interest group is entitled as a
   matter of right to intervene in an action challenging the legality
26  of a measure it has supported.").

1      2.  The hearing scheduled for August 29, 2005 in the above-

2  captioned case is VACATED.

3      IT IS SO ORDERED.

4      DATED:  August 17, 2005

5                                    /s/Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
6                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26