UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HOME BUILDERS ASSOCIATION OF
NORTHERN CALIFORNIA; BUILDING
INDUSTRY LEGAL DEFENSE
FOUNDATION; CALIFORNIA BUILDING
INDUSTRY ASSOCIATION; CALIFORNIA
STATE GRANGE; GREENHORN GRANGE,

                            NO. CIV. S-05-1363 LKK/JFM

       Plaintiff,

  v.                                 O R D E R

UNITED STATES FISH AND WILDLIFE
SERVICE; MATTHEW J. HOGAN, Acting
Director of the United States Fish
and Wildlife Service, in his
official capacity; UNITED STATES
DEPARTMENT OF INTERIOR; and GALE A.
NORTON, Secretary of the United
States Department of Interior, in
her official capacity,

       Defendants.
_____/
CALIFORNIA NATIVE PLANT SOCIETY;
CENTER FOR BIOLOGICAL DIVERSITY; and
NATURAL RESOURCES DEFENSE COUNCIL,

       Defendants-Intervenors.
_____/

1

1    The court is in receipt of the parties' stipulation to
2 extend time to file status reports and request that the Status
3 Conference be reset.  Good cause appearing, the Status Conference
4 is CONTINUED to November 14, 2005 at 10:00 a.m.  The parties are
5 reminded of their obligation to file status reports not later than
6 ten (10) days preceding the conference.
7    IT IS SO ORDERED.
8    DATED:  September 1, 2005

                                        /s/Lawrence K. Karlton
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT