1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   HOME BUILDERS ASSOCIATION OF
     NORTHERN CALIFORNIA; BUILDING
12   INDUSTRY LEGAL DEFENSE
     FOUNDATION; CALIFORNIA BUILDING
13   INDUSTRY ASSOCIATION; CALIFORNIA
     STATE GRANGE; GREENHORN GRANGE,
14                                              NO. CIV. S-05-1363 LKK/JFM

15          Plaintiff,

16      v.                                      O R D E R

17   UNITED STATES FISH AND WILDLIFE
     SERVICE; MATTHEW J. HOGAN, Acting
18   Director of the United States Fish
     and Wildlife Service, in his
19   official capacity; UNITED STATES
     DEPARTMENT OF INTERIOR; and GALE A.
20   NORTON, Secretary of the United
     States Department of Interior, in
21   her official capacity,

22          Defendants.
     _____/
23   CALIFORNIA NATIVE PLANT SOCIETY;
     CENTER FOR BIOLOGICAL DIVERSITY; and
24   NATURAL RESOURCES DEFENSE COUNCIL,

25          Defendants-Intervenors.
     _____/
26

                                  1

1    The court is in receipt of the joint request for a

2 continuance of the Status Conference.  Good cause being shown, the

3 Status Conference is CONTINUED to January 9, 2006 at 11:00 a.m. The

4 parties are reminded of their obligation to file status reports not

5 later than ten (10) days preceding the Conference.

6    IT IS SO ORDERED.

7    DATED:  November 4, 2005

8                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
9                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26