UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HOME BUILDERS ASSOCIATION OF
NORTHERN CALIFORNIA, et al.,

        Plaintiffs,

  v.                                 NO. CIV. S-05-1363 LKK/JFM

UNITED STATES FISH AND WILDLIFE
SERVICE, et al.,

        Defendants.
                             /

CALIFORNIA NATIVE PLANT SOCIETY, et al.,

        Intervenors.
                             /

**STATUS (PRETRIAL SCHEDULING) ORDER**

    Pursuant to court order, a Status (pretrial scheduling) Conference was held in Chambers on January 9, 2006. REED HOPPER appeared as counsel for plaintiffs; KEVIN McARDLE appeared as counsel for the federal defendant; JAMES BIRKELUND appeared as counsel for intervenors. After hearing, the court makes the following findings and orders:

1

**FURTHER STATUS CONFERENCE**

A further Status Conference is now SET for February 27, 2006 at 1:30 p.m.  Plaintiff and the federal defendants shall file further status reports not later than January 31, 2006.

IT IS SO ORDERED.

DATED:  January 9, 2006.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT