UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF<br>NORTHERN CALIFORNIA, et al., | NO. CIV. S-05-1363 LKK/JFM |
| Plaintiffs, | O R D E R |
| v. | |
| UNITED STATES FISH AND WILDLIFE<br>SERVICE, et al., | |
| Defendants. / | |
| CALIFORNIA NATIVE PLANT SOCIETY, et al., | |
| Intervenors. / | |

The court is in receipt of the settlement agreement and stipulation of dismissal. Pursuant to Fed. R. Civ. P. 41 (a)(1), the stipulation must be signed by all parties who have appeared in the action. Here, only plaintiffs and federal defendants have signed the stipulation. The defendant intervenors did not sign the stipulation and therefore the stipulation does not comply with Rule 41.

1

1   The stipulation of dismissal is denied without prejudice.

2   IT IS SO ORDERED.

3   DATED: February 28, 2006.

4                              /s/Lawrence K. Karlton
                               LAWRENCE K. KARLTON
5                              SENIOR JUDGE
                               UNITED STATES DISTRICT COURT