UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA; BUILDING INDUSTRY LEGAL DEFENSE FOUNDATION; CALIFORNIA BUILDING INDUSTRY ASSOCIATION; CALIFORNIA STATE GRANGE; and GREENHORN GRANGE, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE; MATTHEW J. HOGAN, Acting Director of the United States Fish and Wildlife Service; UNITED STATES DEPARTMENT OF INTERIOR; and GALE A. NORTON, Secretary of the United States Department of Interior, <br><br> Defendants, <br> and <br><br> CALIFORNIA NATIVE PLANT SOCIETY; CENTER FOR BIOLOGICAL DIVERSITY; and NATURAL RESOURCES DEFENSE COUNCIL, <br><br> Defendant-Intervenors | No: 2:05-cv-01363-LKK-JFM <br><br> **ORDER** |

The Court is in receipt of the parties' Stipulated Settlement Agreement. The terms and conditions of this Stipulated Settlement Agreement are hereby adopted as an ORDER of this Court. Accordingly, Plaintiffs' Complaint is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: March 23, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT