UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA; BUILDING INDUSTRY LEGAL DEFENSE FOUNDATION; CALIFORNIA BUILDING INDUSTRY ASSOCIATION; CALIFORNIA STATE GRANGE; and GREENHORN GRANGE,

Plaintiffs,

v.

UNITED STATES FISH AND WILDLIFE SERVICE; H. DALE HALL, Director of the United States Fish and Wildlife Service; UNITED STATES DEPARTMENT OF INTERIOR; and GALE A. NORTON, Secretary of the United States Department of Interior,

Defendants,

and

CALIFORNIA NATIVE PLANT SOCIETY; CENTER FOR BIOLOGICAL DIVERSITY; and NATURAL RESOURCES DEFENSE COUNCIL,

Defendant-Intervenors

No: 2:05-cv-01363-LKK-JFM

**ORDER APPROVING JOINT STIPULATION SETTLING PLAINTIFFS' CLAIMS FOR ATTORNEYS' FEES AND COSTS**

Plaintiffs and Federal Defendants having reached agreement to settle Plaintiffs' claims for attorneys' fees and costs in this matter, as reflected in their Joint Stipulation Settling Plaintiffs' Claims for Attorneys' Fees and Cost, filed on December 4, 2006, the Court hereby APPROVES the Joint Stipulation Settling Plaintiffs' Claims for Attorneys' Fees and Costs.

IT IS SO ORDERED.

DATED: December 8, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order Approving Joint Stipulation Settling Plaintiffs' Claim for Attorneys' Fees and Costs

No.: 2:05-cv-01363-LKK-JFM