MATTHEW J. McKEOWN
Acting Assistant Attorney General
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
KEVIN W. McARDLE, Trial Attorney (SBN 454569 (DC)) (**Counsel for Service**)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0219
Facsimile: (202) 305-0275

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA; BUILDING INDUSTRY LEGAL DEFENSE FOUNDATION; CALIFORNIA BUILDING INDUSTRY ASSOCIATION; CALIFORNIA STATE GRANGE; and GREENHORN GRANGE,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; H. DALE HALL, Director of the United States Fish and Wildlife Service; UNITED STATES DEPARTMENT OF INTERIOR; and GALE A. NORTON, Secretary of the United States Department of Interior,<br><br>　　　　Defendants,<br>and<br><br>CALIFORNIA NATIVE PLANT SOCIETY; CENTER FOR BIOLOGICAL DIVERSITY; and NATURAL RESOURCES DEFENSE COUNCIL,<br><br>　　　　Defendant-Intervenors | No: 2:05-cv-01363-LKK-JFM<br><br>**STIPULATION AND ORDER MODIFYING CONSENT DECREE** |

Plaintiffs, the Home Builders Association of Northern California; the Building Industry Legal Defense Foundation; the California Building Industry Association; the California State Grange; and the Greenhorn Grange; and Federal Defendants, the United States Fish and Wildlife Service; H. Dale Hall, Director of the United States Fish and Wildlife Service; the United States

Department of the Interior; and Gale A. Norton, Secretary of the United States Department of the Interior (collectively the "Service"), and Defendant-Intervenors California Native Plan Society; the Center for Biological Diversity; and the Natural Resources Defense Council, by and through their undersigned counsel, state as follows:

WHEREAS on March 14, 2006, the parties filed a Settlement Agreement and Stipulation of Dismissal (document 60-1) to resolve this litigation;

WHEREAS by Order dated March 24, 2006 (document 61), the Court adopted the terms and conditions of the Settlement Agreement dismissed this action with prejudice (document 61);

WHEREAS paragraph 1.c of the Settlement Agreement, Designation of Critical Habitat for the La Graciosa Thistle (*Cirsium loncholepis*), 69 Fed. Reg. 12,553 (March 17, 2004), provides that "[o]n or before July 27, 2007, the Service shall submit for publication in the Federal Register a proposed rule to revise the designation. On or before July 27, 2008, the Service shall submit for publication in the Federal Register a final decision on the proposed rule";

WHEREAS the Service is considering whether a proposal to delist the La Graciosa Thistle would be appropriate in light of a recent study involving the species;

WHEREAS a delisting would obviate the need to complete the reevaluation of critical habitat required by paragraph 1.c of the Settlement Agreement;

WHEREAS the parties agree that deadlines contained in paragraph 1.c of the Settlement Agreement should be extended by one year so that the reevaluation of critical habitat is completed, if necessary, after the Service makes a final decision on any proposal to delist the species;

NOW, THEREFORE, the parties hereby Stipulate and Agree as follows:

1. Paragraph 1.c. of the March 14, 2006 Settlement Agreement and Stipulation of Dismissal, approved and adopted by the Court on March 24, 2006, is amended to provide as follows:

<u>Designation of Critical Habitat for the La Graciosa Thistle</u> (*Cirsium loncholepis*), 69 Fed. Reg. 12,553 (March 17, 2004).  On or before July 27, 2008, the Service shall submit for publication in the Federal Register a proposed rule regarding any revisions to the designation.  On or before July 27, 2009, the Service shall submit for publication in the Federal Register a final decision regarding any such proposed rule.

It is so stipulated this 15th day of May, 2007.

| | |
|---|---|
|   */s/ M. Reed Hopper*<br>M. REED HOPPER<br>Pacific Legal Foundation<br>3900 Lennane Drive<br>Suite 200<br>Sacramento, CA 95834<br>Tele: (916) 419-7111<br>Fax: (916) 419-7747<br><br>Attorney for Plaintiffs | MATTHEW J. McKEOWN<br>Acting Assistant Attorney General<br>JEAN E. WILLIAMS, Chief<br>LISA L. RUSSELL, Assistant Chief<br><br>  */s/ Kevin W. McArdle*<br>KEVIN W. McARDLE, Trial Attorney<br>DC Bar # 454569<br>United States Department of Justice<br>Environment & Natural Resources Division<br>    Wildlife and Marine Resources Section<br>Benjamin Franklin Station, P.O. Box 7369<br>Washington, D.C. 20044-7369<br>Telephone: (202) 305-0219<br>Facsimile: (202) 305-0275<br>Attorneys for Federal Defendants |
| ANDREW WETZLER<br>JAMES M. BIRKELUND<br>Natural Resources Defense Council<br><br>By:  */s/ James M. Birkelund*<br>      JAMES M. BIRKELUND<br><br>Attorney for Intervenor<br>Natural Resources Defense Council | MATT KENNA (Pro Hac Vice)<br>Western Environmental Law Center<br><br><br>By:  */s/ Matt Kenna (Pro Hac Vice)*<br>      MATT KENNA<br><br>Attorneys for Intervenors<br>California Native Plant Society and<br>Center for Biological Diversity |

Pursuant to Stipulation, **IT IS SO ORDERED.**

DATED: May 17, 2007.

                                    LAWRENCE K. KARLTON<br>
                                    SENIOR JUDGE<br>
                                    UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of May, 2007, I electronically filed a copy of the forgoing Settlement Agreement And Stipulation of Dismissal With Prejudice with the Clerk of the Court using the CM/ECF system which, pursuant to L.R. 5-135(a), will automatically notify the following individuals of the filing via e-mail:

M. Reed Hopper
E-mail: mrh@pacificlegal.org
Attorney for Plaintiffs

Matt Kenna
Email: mkenna@animas.net
Andrew Elsas Wetzler
Email: awetzler@nrdc.org
James Matthew Birkelund
Email: jbirkelund@nrdc.org
Attorneys for Defendant-Intervenor Applicants

                                                           */s/ Kevin W. McArdle*
                                                           KEVIN W. McARDLE