1  RONALD J. TENPAS
   Acting Assistant Attorney General
2  JEAN E. WILLIAMS, Chief
   LISA L. RUSSELL, Assistant Chief
3  KEVIN W. McARDLE, Trial Attorney (SBN 454569 (DC)) (**Counsel for Service**)
   United States Department of Justice
4  Environment and Natural Resources Division
   Wildlife and Marine Resources Section
5  Benjamin Franklin Station, P.O. Box 7369
   Washington, D.C. 20044-7369
6  Telephone: (202) 305-0219
   Facsimile: (202) 305-0275

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA; BUILDING INDUSTRY LEGAL DEFENSE FOUNDATION; CALIFORNIA BUILDING INDUSTRY ASSOCIATION; CALIFORNIA STATE GRANGE; and GREENHORN GRANGE,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; H. DALE HALL, Director of the United States Fish and Wildlife Service; UNITED STATES DEPARTMENT OF INTERIOR; and DIRK KEMPTHORNE, Secretary of the United States Department of Interior,<br><br>Defendants,<br>and<br><br>CALIFORNIA NATIVE PLANT SOCIETY; CENTER FOR BIOLOGICAL DIVERSITY; and NATURAL RESOURCES DEFENSE COUNCIL,<br><br>Defendant-Intervenors | No: 2:05-cv-01363-LKK-JFM<br><br>**STIPULATION AND ORDER MODIFYING CONSENT DECREE** |

Plaintiffs, the Home Builders Association of Northern California; the Building Industry Legal Defense Foundation; the California Building Industry Association; the California State Grange; and the Greenhorn Grange; and Federal Defendants, the United States Fish and Wildlife Service; H. Dale Hall, Director of the United States Fish and Wildlife Service; the United States

Stipulation And Order Modifying Consent Decree                                            No.: 2:05-cv-01363-LKK-JFM

Department of the Interior; and Dirk Kempthorne, Secretary of the United States Department of the Interior (collectively the "Service"), and Defendant-Intervenors California Native Plan Society; the Center for Biological Diversity; and the Natural Resources Defense Council, by and through their undersigned counsel, state as follows:

WHEREAS on March 14, 2006, the parties filed a Settlement Agreement and Stipulation of Dismissal (Dkt. #60-1) ("Settlement Agreement") to resolve this litigation.

WHEREAS by Order dated March 24, 2006 (Dkt. #61), the Court adopted the terms and conditions of the Settlement Agreement and dismissed this action with prejudice.

WHEREAS paragraph 1.a of the Settlement Agreement, <u>Designation of Critical Habitat for the Monterey Spineflower</u> (*Chorizanthe pungens var. pungens*), 69 Fed. Reg. 37498 (May 29, 2002), provides that "[o]n or before December 7, 2006, the Service shall submit for publication in the <u>Federal Register</u> a proposed rule regarding any revisions to the designation. On or before December 7, 2007, the Service shall submit for publication in the <u>Federal Register</u> a final decision regarding any such proposed rule."

WHEREAS the Service submitted its proposal to revise the designation of critical habitat for the Monterey Spineflower to the <u>Federal Register</u> on December 6, 2006, and the proposal was published on December 14, 2006, 71 Fed. Reg. 75189 (Dec. 14, 2006).

WHEREAS the Service requires an additional 30 days to complete its evaluation of the economic analysis of the proposed designation and public comments thereon, and to complete the final revised critical habitat designation for the Monterey Spineflower.

WHEREAS paragraph 1.e of the Settlement Agreement, <u>Designation of Critical Habitat for the Quino Checkerspot Butterfly</u>, (*Euphydryas editha quino*), 67 Fed. Reg. 18356 (April 15, 2002), provides that "[o]n or before December 7, 2007, the Service shall submit for publication in the <u>Federal Register</u> a proposed rule regarding any revisions to the designation. On or before December 7, 2008, the Service shall submit for publication in the <u>Federal Register</u> a final decision regarding any such proposed rule."

1     WHEREAS the Service requires an additional 30 days to prepare the proposed revised
2  critical habitat designation for the Quino Checkerspot Butterfly due to the impacts of the recent
3  southern California fires on the Carlsbad Fish and Wildlife Office, which is the lead office for
4  this species.
5     NOW, THEREFORE, the parties hereby Stipulate and Agree as follows:
6     1.     Paragraph 1.a. of the Settlement Agreement, as approved and adopted by the
7  Court on March 24, 2006, is amended to provide as follows:

> <u>Designation of Critical Habitat for the Monterey Spineflower</u> (*Chorizanthe pungens var. pungens*), 69 Fed. Reg. 37498 (May 29, 2002).  On or before December 7, 2006, the Service shall submit for publication in the <u>Federal Register</u> a proposed rule regarding any revisions to the designation.  On or before January 8, 2008, the Service shall submit for publication in the <u>Federal Register</u> a final decision regarding any such proposed rule.

14    2.     Paragraph 1.e of the Settlement Agreement, as approved and adopted by the Court
15  on March 24, 2006, is amended to provide as follows:

> <u>Designation of Critical Habitat for the Quino Checkerspot Butterfly</u>, (*Euphydryas editha quino*), 67 Fed. Reg. 18356 (April 15, 2002).  On or before January 8, 2008, the Service shall submit for publication in the <u>Federal Register</u> a proposed rule regarding any revisions to the designation.  On or before December 7, 2008, the Service shall submit for publication in the <u>Federal Register</u> a final decision regarding any such proposed rule.

22    3.     Consistent with paragraph 2 of the Settlement Agreement, as approved and
23  adopted by the Court on March 24, 2006, the current critical habitat designations for the
24  Monterey Spineflower and Quino Checkerspot Butterfly shall remain in full force and effect
25  pending the completion of the reevaluation process described in the Settlement Agreement, as
26  amended above.

1  It is so stipulated this 5th day of December, 2007.

2

| | RONALD J. TENPAS |
|---|---|
|   */s/ M. Reed Hopper* | Acting Assistant Attorney General |
| M. REED HOPPER | JEAN E. WILLIAMS, Chief |
| Pacific Legal Foundation | LISA L. RUSSELL, Assistant Chief |
| 3900 Lennane Drive | |
| Suite 200 |   */s/ Kevin W. McArdle* |
| Sacramento, CA 95834 | KEVIN W. McARDLE, Trial Attorney |
| Tele: (916) 419-7111 | DC Bar # 454569 |
| Fax: (916) 419-7747 | United States Department of Justice |
| | Environment & Natural Resources Division |
| Attorney for Plaintiffs |     Wildlife and Marine Resources Section |
| | Benjamin Franklin Station, P.O. Box 7369 |
| | Washington, D.C. 20044-7369 |
| | Telephone: (202) 305-0219 |
| | Facsimile: (202) 305-0275 |
| | Attorneys for Federal Defendants |

ANDREW WETZLER                    MATT KENNA (Pro Hac Vice)
JAMES M. BIRKELUND               Western Environmental Law Center
Natural Resources Defense Council

By:  */s/ James M. Birkelund*            By:  */s/ Matt Kenna (Pro Hac Vice)*
    JAMES M. BIRKELUND                      MATT KENNA

Attorney for Intervenor                Attorneys for Intervenors
Natural Resources Defense Council       California Native Plant Society and
                                        Center for Biological Diversity


Pursuant to Stipulation, **IT IS SO ORDERED.**

DATED:   December 6, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of December, 2007, I electronically filed a copy of the forgoing Settlement Agreement And Stipulation of Dismissal With Prejudice with the Clerk of the Court using the CM/ECF system which, pursuant to L.R. 5-135(a), will automatically notify the following individuals of the filing via e-mail:

M. Reed Hopper
E-mail:  mrh@pacificlegal.org
Attorney for Plaintiffs

Matt Kenna
Email: mkenna@animas.net
Andrew Elsas Wetzler
Email: awetzler@nrdc.org
James Matthew Birkelund
Email: jbirkelund@nrdc.org
Attorneys for Defendant-Intervenor Applicants

                                          */s/ Kevin W. McArdle*
                                          KEVIN W. McARDLE