1  RONALD J. TENPAS
   Acting Assistant Attorney General
2  JEAN E. WILLIAMS, Chief
   LISA L. RUSSELL, Assistant Chief
3  KEVIN W. McARDLE, Trial Attorney (SBN 454569 (DC)) (**Counsel for Service**)
   United States Department of Justice
4  Environment and Natural Resources Division
   Wildlife and Marine Resources Section
5  Benjamin Franklin Station, P.O. Box 7369
   Washington, D.C. 20044-7369
6  Telephone: (202) 305-0219
   Facsimile: (202) 305-0275
7
   Attorneys for Federal Defendants
8
                  UNITED STATES DISTRICT COURT FOR THE
9                   EASTERN DISTRICT OF CALIFORNIA

10 HOME BUILDERS ASSOCIATION OF              )
   NORTHERN CALIFORNIA; BUILDING             )
11 INDUSTRY LEGAL DEFENSE FOUNDATION;        )
   CALIFORNIA BUILDING INDUSTRY              )
12 ASSOCIATION; CALIFORNIA STATE GRANGE;     )
   and GREENHORN GRANGE,                     )
13                                           )
           Plaintiffs,                       )   No: 2:05-cv-01363-LKK-JFM
14     v.                                    )
                                             )
15 UNITED STATES FISH AND WILDLIFE           )
   SERVICE; H. DALE HALL, Director of the United )  **STIPULATION AND ORDER**
16 States Fish and Wildlife Service; UNITED STATES ) **MODIFYING CONSENT**
   DEPARTMENT OF INTERIOR; and DIRK          )   **DECREE**
17 KEMPTHORNE, Secretary of the United States )
   Department of Interior,                   )
18                                           )
           Defendants,                       )
19 and                                       )
                                             )
20 CALIFORNIA NATIVE PLANT SOCIETY;          )
   CENTER FOR BIOLOGICAL DIVERSITY; and      )
21 NATURAL RESOURCES DEFENSE COUNCIL,        )
                                             )
22         Defendant-Intervenors             )
                                             )
23                                           )

24
25
26
27
28

Stipulation And Order Modifying Consent                    No.: 2:05-cv-01363-LKK-JFM
Decree

1    Plaintiffs, the Home Builders Association of Northern California; the Building Industry
2 Legal Defense Foundation; the California Building Industry Association; the California State
3 Grange; and the Greenhorn Grange; and Federal Defendants, the United States Fish and Wildlife
4 Service; H. Dale Hall, Director of the United States Fish and Wildlife Service; the United States
5 Department of the Interior; and Dirk Kempthorne, Secretary of the United States Department of
6 the Interior (collectively the "Service"), and Defendant-Intervenors California Native Plan
7 Society; the Center for Biological Diversity; and the Natural Resources Defense Council
8 (collectively, "the Parties"), by and through their undersigned counsel, state as follows:

9    WHEREAS on March 14, 2006, the Parties filed a Settlement Agreement and Stipulation
10 of Dismissal (Dkt. #60-1) ("Settlement Agreement") to resolve this litigation.

11    WHEREAS by Order dated March 24, 2006 (Dkt. #61), the Court adopted the terms and
12 conditions of the Settlement Agreement and dismissed this action with prejudice.

13    WHEREAS paragraph 1.b of the Settlement Agreement, <u>Designation of Critical Habitat
14 for the San Bernardino Kangaroo Rat</u> (*Dipodomys merriami parvus*), 69 Fed. Reg. 19,812 (April
15 23, 2002), provides that "[o]n or before June 1, 2007, the Service shall submit for publication in
16 the <u>Federal Register</u> a proposed rule regarding any revisions to the designation. On or before
17 June 1, 2008, the Service shall submit for publication in the <u>Federal Register</u> a final decision
18 regarding any such proposed rule."

19    WHEREAS the Service submitted its proposal to revise the designation of critical habitat
20 for the San Bernardino Kangaroo Rat to the <u>Federal Register</u> on June 1, 2007, and the proposal
21 was published on June 19, 2007, 72 Fed. Reg. 33,808 (June 19, 2007).

22    WHEREAS, because of significant comments received from the public in response to the
23 proposal, the Service reopened the public comment period for the San Bernardino Kangaroo Rat
24 on December 11, 2007, 72 Fed. Reg. 70,284 (Dec. 11, 2007).

25    WHEREAS, because of further significant comments received from the public in
26 response to the proposal, the Service again opened the public comment period for the San
27 Bernardino Kangaroo Rat on April 16, 2008, 72 Fed. Reg. 20,581 (April 16, 2008).

28

WHEREAS, as a result of the high number of comments and additional comment periods, the Service requires an additional 120 days to complete its evaluation of the economic analysis of the proposed designation and public comments thereon, and to complete the final revised critical habitat designation for the San Bernardino Kangaroo Rat.

NOW, THEREFORE, the parties hereby Stipulate and Agree as follows:

1. Paragraph 1.b. of the Settlement Agreement, as approved and adopted by the Court on March 24, 2006, is amended to provide as follows:

> <u>Designation of Critical Habitat for the San Bernardino Kangaroo Rat</u> (*Dipodomys merriami parvus*), 69 Fed. Reg. 19,812 (April 23, 2002). On or before June 1, 2007, the Service shall submit for publication in the <u>Federal Register</u> a proposed rule regarding any revisions to the designation. On or before October 1, 2008, the Service shall submit for publication in the <u>Federal Register</u> a final decision regarding any such proposed rule.

2. Consistent with paragraph 2 of the Settlement Agreement, as approved and adopted by the Court on March 24, 2006, the current critical habitat designation for the San Bernardino Kangaroo Rat shall remain in full force and effect pending the completion of the reevaluation process described in the Settlement Agreement, as amended above.

1  It is so stipulated this 30th day of May, 2008.

2

     */s/ M. Reed Hopper*             RONALD J. TENPAS
                                                 Acting Assistant Attorney General
3 M. REED HOPPER                JEAN E. WILLIAMS, Chief
  Pacific Legal Foundation          LISA L. RUSSELL, Assistant Chief
4 3900 Lennane Drive
  Suite 200                                          */s/ Kevin W. McArdle*
5 Sacramento, CA 95834           KEVIN W. McARDLE, Trial Attorney
  Tele: (916) 419-7111             DC Bar # 454569
6 Fax: (916) 419-7747              United States Department of Justice
                                                 Environment & Natural Resources Division
7 Attorney for Plaintiffs                    Wildlife and Marine Resources Section
                                                 Benjamin Franklin Station, P.O. Box 7369
8                                                  Washington, D.C. 20044-7369
                                                   Telephone: (202) 305-0219
9                                                  Facsimile: (202) 305-0275
                                                   Attorneys for Federal Defendants
10

11 ANDREW WETZLER              MATT KENNA (Pro Hac Vice)
   JAMES M. BIRKELUND           Western Environmental Law Center
12 Natural Resources Defense Council

13 By:  */s/ James M. Birkelund*         By:  */s/ Matt Kenna (Pro Hac Vice)*
           JAMES M. BIRKELUND                      MATT KENNA
14

15 Attorney for Intervenor             Attorneys for Intervenors
   Natural Resources Defense Council   California Native Plant Society and
                                                    Center for Biological Diversity

16

17

18 Pursuant to Stipulation, **IT IS SO ORDERED.**

19

20 DATED: June 3, 2008.

21

22 *[signature: Lawrence K. Karlton]*
   LAWRENCE K. KARLTON
23 SENIOR JUDGE
   UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2008, I electronically filed a copy of the forgoing Settlement Agreement And Order Modifying Consent Decree with the Clerk of the Court using the CM/ECF system which, pursuant to L.R. 5-135(a), will automatically notify the following individuals of the filing via e-mail:

M. Reed Hopper
E-mail: mrh@pacificlegal.org
Attorney for Plaintiffs

Matt Kenna
Email: mkenna@animas.net
Andrew Elsas Wetzler
Email: awetzler@nrdc.org
James Matthew Birkelund
Email: jbirkelund@nrdc.org
Attorneys for Defendant-Intervenor Applicants

                                                       */s/ Kevin W. McArdle*
                                                       KEVIN W. McARDLE