RONALD J. TENPAS
Acting Assistant Attorney General
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
KEVIN W. McARDLE, Trial Attorney (SBN 454569 (DC)) (**Counsel for Service**)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0219
Facsimile: (202) 305-0275

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA; BUILDING INDUSTRY LEGAL DEFENSE FOUNDATION; CALIFORNIA BUILDING INDUSTRY ASSOCIATION; CALIFORNIA STATE GRANGE; and GREENHORN GRANGE,<br><br>                    Plaintiffs,<br>        v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; H. DALE HALL, Director of the United States Fish and Wildlife Service; UNITED STATES DEPARTMENT OF INTERIOR; and DIRK KEMPTHORNE, Secretary of the United States Department of Interior,<br><br>                    Defendants,<br>and<br><br>CALIFORNIA NATIVE PLANT SOCIETY; CENTER FOR BIOLOGICAL DIVERSITY; and NATURAL RESOURCES DEFENSE COUNCIL,<br><br>                    Defendant-Intervenors | No: 2:05-cv-01363-LKK-JFM<br><br>**STIPULATION AND ORDER MODIFYING CONSENT DECREE** |

Plaintiffs, the Home Builders Association of Northern California; the Building Industry Legal Defense Foundation; the California Building Industry Association; the California State Grange; and the Greenhorn Grange; and Federal Defendants, the United States Fish and Wildlife Service; H. Dale Hall, Director of the United States Fish and Wildlife Service; the United States

1  Department of the Interior; and Dirk Kempthorne, Secretary of the United States Department of
2  the Interior (collectively the "Service"), and Defendant-Intervenors California Native Plan
3  Society; the Center for Biological Diversity; and the Natural Resources Defense Council
4  (collectively, "the Parties"), by and through their undersigned counsel, state as follows:

5  WHEREAS on March 14, 2006, the Parties filed a Settlement Agreement and Stipulation
6  of Dismissal (Dkt. #60-1) ("Settlement Agreement") to resolve this litigation.

7  WHEREAS by Order dated March 24, 2006 (Dkt. #61), the Court adopted the terms and
8  conditions of the Settlement Agreement and dismissed this action with prejudice.

9  WHEREAS paragraph 1.e of the Settlement Agreement, Designation of Critical Habitat
10 for the Quino Checkerspot Butterfly (*Euphydryas editha quino*), 67 Fed. Reg. 18,356 (April 15,
11 2002), provides that "[o]n or before December 7, 2007, the Service shall submit for publication
12 in the Federal Register a proposed rule regarding any revisions to the designation.  On or before
13 December 7, 2008, the Service shall submit for publication in the Federal Register a final
14 decision regarding any such proposed rule."

15 WHEREAS the Service's proposal to revise the designation of critical habitat for the
16 Quino Checkerspot Butterfly was published in the Federal Register on January 18, 2008, 73 Fed.
17 Reg. 3328 (Jan. 18, 2008).

18 WHEREAS, because of delay in initiating the Economic Analysis contract and
19 subsequent resolution of significant issues, the Service requires additional time to complete its
20 evaluation of the economic analysis of the proposed designation and public comments thereon,
21 and to complete the final revised critical habitat designation for the Quino Checkerspot Butterfly.

22 NOW, THEREFORE, the parties hereby Stipulate and Agree as follows:

23 1. Paragraph 1.e. of the Settlement Agreement, as approved and adopted by the
24 Court on March 24, 2006, is amended to provide as follows:

25 Designation of Critical Habitat for the Quino Checkerspot Butterfly (*Deuphydryas editha*
26 *quino*), 67 Fed. Reg. 18,356 (April 15, 2002).  On or before December 7, 2007, the
27 Service shall submit for publication in the Federal Register a proposed rule regarding any

28

revisions to the designation. On or before June 6, 2009, the Service shall submit for publication in the <u>Federal Register</u> a final decision regarding any such proposed rule.

2. Consistent with paragraph 2 of the Settlement Agreement, as approved and adopted by the Court on March 24, 2006, the current critical habitat designation for the Quino Checkerspot Butterfly shall remain in full force and effect pending the completion of the reevaluation process described in the Settlement Agreement, as amended above.

It is so stipulated this 6th day of November, 2008.

```
  /s/ M. Reed Hopper                          RONALD J. TENPAS
M. REED HOPPER                                Assistant Attorney General
Pacific Legal Foundation                      JEAN E. WILLIAMS, Chief
3900 Lennane Drive                            LISA L. RUSSELL, Assistant Chief
Suite 200
Sacramento, CA 95834                            /s/ Kevin W. McArdle
Tele: (916) 419-7111                          KEVIN W. McARDLE, Trial Attorney
Fax: (916) 419-7747                           DC Bar # 454569
                                              United States Department of Justice
Attorney for Plaintiffs                       Environment & Natural Resources Division
                                              Wildlife and Marine Resources Section
                                              Benjamin Franklin Station, P.O. Box 7369
                                              Washington, D.C. 20044-7369
                                              Telephone: (202) 305-0219
                                              Facsimile: (202) 305-0275
                                              Attorneys for Federal Defendants


ANDREW WETZLER                                MATT KENNA (Pro Hac Vice)
JAMES M. BIRKELUND                            Western Environmental Law Center
Natural Resources Defense Council

By:  /s/ James M. Birkelund                   By:  /s/ Matt Kenna (Pro Hac Vice)
     JAMES M. BIRKELUND                            MATT KENNA

Attorney for Intervenor                       Attorneys for Intervenors
Natural Resources Defense Council             California Native Plant Society and
                                              Center for Biological Diversity
```

Pursuant to Stipulation, **IT IS SO ORDERED.**

DATED: November 6, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on this November 6, 2008, I electronically filed a copy of the forgoing Settlement Agreement And Order Modifying Consent Decree with the Clerk of the Court using the CM/ECF system which, pursuant to L.R. 5-135(a), will automatically notify the following individuals of the filing via e-mail:

M. Reed Hopper
E-mail: mrh@pacificlegal.org
Attorney for Plaintiffs

Matt Kenna
Email: mkenna@animas.net
Andrew Elsas Wetzler
Email: awetzler@nrdc.org
James Matthew Birkelund
Email: jbirkelund@nrdc.org
Attorneys for Defendant-Intervenor Applicants

                                            */s/ Kevin W. McArdle*
                                            KEVIN W. McARDLE