JOHN C. CRUDEN
Acting Assistant Attorney General

KEVIN W. McARDLE, Trial Attorney (SBN 454569 (DC)) (**Counsel for Service**)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0219
Facsimile: (202) 305-0275

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA; BUILDING INDUSTRY LEGAL DEFENSE FOUNDATION; CALIFORNIA BUILDING INDUSTRY ASSOCIATION; CALIFORNIA STATE GRANGE; and GREENHORN GRANGE, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE; ROWAN GOULD, Acting Director of the United States Fish and Wildlife Service; UNITED STATES DEPARTMENT OF INTERIOR; and KEN SALAZAR, Secretary of the United States Department of Interior,* <br><br> Defendants, <br><br> and <br><br> CALIFORNIA NATIVE PLANT SOCIETY; CENTER FOR BIOLOGICAL DIVERSITY; and NATURAL RESOURCES DEFENSE COUNCIL, <br><br> Defendant-Intervenors | No: 2:05-cv-01363-LKK-JFM <br><br> **STIPULATION AND ORDER MODIFYING CONSENT DECREE** |

---

\* Pursuant to Fed. R. Civ. P. 25(d), Ken Salazar, Secretary of the Interior, and Rowan Gould, Acting Director of the U.S. Fish and Wildlife Service, are automatically substituted for their predecessors in office.

1    Plaintiffs, the Home Builders Association of Northern California; the Building Industry Legal Defense Foundation; the California Building Industry Association; the California State Grange; and the Greenhorn Grange; and Federal Defendants, the United States Fish and Wildlife Service; Rowan Gould, Acting Director of the United States Fish and Wildlife Service; the United States Department of the Interior; and Ken Salazar, Secretary of the United States Department of the Interior (collectively the "Service"), and Defendant-Intervenors California Native Plant Society; the Center for Biological Diversity; and the Natural Resources Defense Council (collectively, "the Parties"), by and through their undersigned counsel, state as follows:

WHEREAS, on March 14, 2006, the Parties filed a Settlement Agreement and Stipulation of Dismissal (Dkt. #60-1) ("Settlement Agreement") to resolve this litigation.

WHEREAS, by Order dated March 24, 2006 (Dkt. #61), the Court adopted the terms and conditions of the Settlement Agreement and dismissed this action with prejudice.

WHEREAS, paragraph 1.c of the Settlement Agreement, <u>Designation of Critical Habitat for the La Graciosa thistle</u> (*Cirsium loncholepis*), 69 Fed. Reg. 12,553 (March 17, 2004), provided that "[o]n or before July 27, 2007, the Service shall submit for publication in the <u>Federal Register</u> a proposed rule regarding any revisions to the designation. On or before July 27, 2008, the Service shall submit for publication in the <u>Federal Register</u> a final decision regarding any such proposed rule."

WHEREAS, by Stipulation and Order dated May 18, 2007 (Dkt. #65), paragraph 1.c of the Settlement Agreement was modified to provide that "[o]n or before July 27, 2008, the Service shall submit for publication in the Federal Register a proposed rule regarding any revisions to the designation. On or before July 27, 2009, the Service shall submit for publication in the <u>Federal Register</u> a final decision regarding any such proposed rule."

WHEREAS, the Service submitted its proposal to revise the designation of critical habitat for the La Graciosa thistle to the <u>Federal Register</u> on July 27, 2008, and the proposed rule was published on August 6, 2008, 73 Fed. Reg. 45,806 (Aug. 6, 2008).

1  WHEREAS, because of delays associated with the preparation of an Economic Analysis
2  of the proposed revised critical habitat designation for the La Graciosa thistle, the Service
3  requires an additional three months, to and including October 27, 2009, within which to submit a
4  the final decision regarding the proposal for publication in the Federal Register.

5  NOW, THEREFORE, the parties hereby Stipulate and Agree as follows:

6  1. Paragraph 1.c. of the Settlement Agreement, as amended by the Court's Order
7  dated May 18, 2007, is further amended to provide as follows:

> Designation of Critical Habitat for the La Graciosa thistle (*Cirsium loncholepis*), 69 Fed.
> Reg. 12,553 (March 17, 1994). On or before July 27, 2008, the Service shall submit for
> publication in the Federal Register a proposed rule regarding any revisions to the
> designation. On or before October 27, 2009, the Service shall submit for publication in
> the Federal Register a final decision regarding any revisions to the designation.

2. Consistent with paragraph 2 of the Settlement Agreement, as approved and
adopted by the Court on March 24, 2006, the current critical habitat designation for the
La Graciosa thistle shall remain in full force and effect pending the completion of the
reevaluation process described in the Settlement Agreement, as amended above.

It is so stipulated this day of 7th day of May, 2009.

| | |
|---|---|
| */s/ M. Reed Hopper* | JOHN C. CRUDEN |
| M. REED HOPPER | Acting Assistant Attorney General |
| Pacific Legal Foundation | JEAN E. WILLIAMS, Chief |
| 3900 Lennane Drive | LISA L. RUSSELL, Assistant Chief |
| Suite 200 | |
| Sacramento, CA 95834 | */s/ Kevin W. McArdle* |
| Tele: (916) 419-7111 | KEVIN W. McARDLE, Trial Attorney |
| Fax: (916) 419-7747 | DC Bar # 454569 |
| | United States Department of Justice |
| Attorney for Plaintiffs | Environment & Natural Resources Division |
| | Wildlife and Marine Resources Section |
| | Benjamin Franklin Station, P.O. Box 7369 |
| | Washington, D.C. 20044-7369 |
| | Telephone: (202) 305-0219 |
| | Facsimile: (202) 305-0275 |
| | Attorneys for Federal Defendants |

| | | |
|---|---|---|
| 1 | ANDREW WETZLER<br>JAMES M. BIRKELUND<br>Natural Resources Defense Council | MATT KENNA (Pro Hac Vice)<br>Western Environmental Law Center |
| 2 | | |
| 3 | By: _/s/ James M. Birkelund_<br>    JAMES M. BIRKELUND | By: _/s/ Matt Kenna (Pro Hac Vice)_<br>    MATT KENNA |
| 4 | | |
| 5 | Attorney for Intervenor<br>Natural Resources Defense Council | Attorneys for Intervenors<br>California Native Plant Society and<br>Center for Biological Diversity |

Pursuant to Stipulation, **IT IS SO ORDERED.**

DATED: May 8, 2009

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2009, I electronically filed a copy of the forgoing document using the CM/ECF system which, pursuant to L.R. 5-135(a), will automatically notify all counsel of record of the filing via email.

*/s/ Kevin W. McArdle*
KEVIN W. McARDLE
